AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ROBERT EBY <br><br> *Plaintiff(s)* <br> v. <br> ERIC LEVINE <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No.   9:20-CV-80922 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ERIC LEVINE
2130 MILANO COURT
PALM BEACH GARDENS, FLORIDA 33418

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

A. BENJAMIN GORDON
JOHN A. LIBBY, JR.
ANCHORSGORDON, P.A.
2113 LEWIS TURNER BLVD., SUITE 100
FORT WALTON BEACH, FLORIDA 32547

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   Jun 10, 2020



Angela E. Noble
Clerk of Court

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

SUMMONS